# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD KELLEY** | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 02-MC-147 |
| v. | : | |
| | : | |
| **LT. MADDEN, ET AL.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of September 2003, upon consideration of the Plaintiff's Motion for a Temporary Restraining Order (Doc. 1), **IT IS HEREBY ORDERED and DECREED** that Plaintiff's Motion is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

Honorable Petrese B. Tucker, U.S.D.J.